5:03CV38

This the 3rd day of ~~April~~ May, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: *Thomas C. Morphis, Sr.*
Thomas C. Morphis, Sr.
NC State Bar No.: 3114
Frank W. Leak, Jr.
NC State Bar No.: 27937

Post Office Drawer 2428
Hickory, NC 28603-2428

*Attorneys for Plaintiff*

MAYER, BROWN, ROWE & MAW LLP

By: *Eric H. Cottrell*
Mary K. Mandeville
NC State Bar No.: 15959
Eric H. Cottrell
NC State Bar No.: 21994

214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
704-444-3500

*Attorneys for Defendants*

## ORDER OF DISMISSAL

Upon the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED** that this action, including the Plaintiff's Complaint and the Defendants' Counterclaims, be and is hereby dismissed with prejudice and without further costs to any party.

This the 5th day of April, 2005.

*Richard L. Voorhees*
United States District Court for the
Western District of North Carolina

40112918

2